In the Matter of the Application of LOUIS F. PRICE for an Order Directing Hon. HENRY BRUCKNER, President of the Borough of The Bronx, to Remove an

Obstruction at the Easterly End of Ditmars Street (a Public Street), City Island, in the Borough of The Bronx, City of New York.— Motion granted. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.